AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

United States of America )
v. )
) Case No. 3:23mj 317 (SDV)
)
)
MANDEL A. BIDONE )
)

*Defendant(s)*

APR 6 2023 AM 9:05
FILED - USDC - BPT - CT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 22, 2023__ in the county of __New Haven__ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 876(b) | Mailing Threatening Communications |

This criminal complaint is based on these facts:

See Attached Affidavit of Deputy USM Michael Upchurch

☑ Continued on the attached sheet.

*Complainant's signature*

Deputy USM Michael Upchurch
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/6/2023

*Judge's signature*

City and state: Bridgeport, Connecticut

Hon. S. Dave Vatti, U.S.M.J.
*Printed name and title*