

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

3:23mJ 317(SDV)

STATE OF CONNECTICUT : ss: Bridgeport, Connecticut
:
:
COUNTY OF FAIRFIELD : April 6, 2023

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Michael Upchurch, being duly sworn, depose and state as follows:

1. I am a Deputy United States Marshal with the United States Marshals Service (USMS), assigned to the District of Connecticut. I am also a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I have received extensive training in criminal investigations, including the apprehension of fugitives, death investigations, gang investigations, narcotics investigations, crime scene processing, and evidence collection.

2. I began my law enforcement career in 2005 as a police officer for the City of Margate, Florida Police Department. I graduated from the Broward County Institute of Public Safety in Davie Florida. During my tenure with the Margate Police Department, I was assigned the Road Patrol Division, Street Crimes Unit (Special Enforcement team) and the Detective Bureau as a Detective in general investigations. In addition, I was assigned to the Broward Sherriff's Office Multi-Agency Gang Task Force, where I conducted and assisted in gang investigations throughout Broward County Florida.

3. In 2015, I started with the United States Marshals Service as a Deputy United States Marshal. I graduated from the Federal Criminal Investigators Training Program, the United States Marshals Service Basic Training Program, and the United States Marshals Service High Risk

Fugitive Apprehension course at the Federal Law Enforcement Training Center in Glynco, GA. I was assigned to the USMS Offices in the District of Connecticut, where I am also assigned to the USMS Connecticut Violent Fugitive Task Force, and as a District Threat Investigator.

4. The information contained in this affidavit is from my personal knowledge, as well as from information provided to your affiant by other law enforcement officers and/or witnesses including those listed herein. Due to the fact that the affidavit is being made to establish probable cause, your affiant has not listed each item and every fact known regarding the investigation.

5. I make this affidavit in support of an application for a criminal complaint and arrest warrant for MANDEL A. BIDONE (DOB \*\*/\*\*/1991) for mailing a threatening communication with the extent [new / intent SDV] to extort in violation of Title 18, United States Code, Section 876(b).

Probable Cause

6. On or about April 28, 2022, Mandel BIDONE, a pretrial state defendant being held at New Haven Correctional Center in New Haven, Connecticut, filed a civil complaint in United States District Court for the District of Connecticut naming as defendants, Yale New Haven Inc, as well as the City of New Haven, Connecticut; the City of Bridgeport, Connecticut, and three additional locations in New York. *See* Compl. [Doc. No. 1], *Bidone v. Yale New Haven Inc., et al.*, No. 3:22-cv-636 (OAW). The complaint alleged, *inter alia*, that BIDONE had undergone an illegal clinical trial administered by Yale University and as a result, BIDONE was seeking compensatory and punitive damages. *Id.* On October 21, 2022, U.S. District Judge Omar A. Williams dismissed BIDONE's complaint as frivolous. Order [Doc. No. 9].

7. Thereafter, on March 22, 2023, Mandel BIDONE filed a second civil complaint in the United States District Court for the District of Connecticut. The handwritten complaint, consisting of 104 pages that were separated between eight envelopes each postmarked as having

been received and transported via U.S. Mail, was received by the Clerk's Office and filed on March 28, 2023. *See Mandel Bidone v. United States et al.*, No. 3:23-cv-396 (JAM). The complaint, in sum and substance, re-alleged many of the same allegations contained in the first complaint, but included additional language at the top of the first page within each envelope some variation of the following: "If the District Court dismisses this complaint illegally or loses an one of these pages, Mandel Bidone will, when released from prison, purchase an illegal firearm, walk on to Yale's campus and open fire, targeting students and faculty until the police gun him down." On April 3, 2023, United States District Judge Jeffrey A. Meyer dismissed BIDONE's complaint with prejudice. Order [Doc. No. 9].

8. Shortly after being advised of the threatening nature of the language contained within the filing, the United States Marshal's Service learned that BIDONE had sent similar letters to the New Haven Police Department and New Haven City Hall advising of the federal lawsuit and stating that if not resolved "in his favor," he would "purchase a firearm walk on to Yale's campus and open fire, aiming for students and faculty until the New Haven Police gun me down."

9. BIDONE is currently detained pending trial at New Haven Correctional Center for various state charges, including Third-Degree Identity Theft, a felony, and Third-Degree Forgery and Attempt to Commit Sixth-Degree Larceny, both misdemeanors, out of Stamford, CT; Attempt to Commit Assault on a Public Safety Officer or Emergency Medical Personnel and Risk of Injury to a Child, both felonies, as well as Fourth-Degree Sexual Assault, Public Indecency, Second-Degree Breach of Peace, and Interfering with Officers, all misdemeanors, out of Bridgeport, CT; and Possession of a Weapon in a Correctional Institution, Second-Degree Burglary, both felonies, as well as several additional misdemeanors including Disorderly Conduct, First-Degree Criminal Trespass, and Third-Degree Assault out of New Haven, CT.

10. BIDONE's criminal history includes felony Connecticut state convictions for Third Degree Burglary in violation of Conn. Gen. Stat. § 53a-103 and for Risk of Injury to a Child in violation of Conn. Gen. Stat. § 53-21; two separate felony convictions for Failure to Register two separate felony convictions for Failure to Register as a Sexual Offender in violation of Conn. Gen. Stat. § 54-251; and a felony conviction for Failure to Appear in violation of Conn. Gen. Stat. § 53a-172.

## Conclusion

11. Based on the facts set forth above, there is probable cause to believe, and I do believe that BIDONE caused to be delivered by the U.S. Postal Service, a communication directed at the Clerk of the Court for the United States District Court for the District of Connecticut that contained a credible threat to injure and/or kill students and faculty at Yale University with the intent to extort money or other thing of value from the target of the threat, namely an order for the United States District Court permitting his civil lawsuit for monetary damages to proceed, in violation of Title 18, United States Code, Section 876(b). Your affiant respectfully requests the issuance of the requested criminal complaint and arrest warrant.

Michael Upchurch
Deputy, U.S. Marshals Service

Subscribed and sworn before me this 6th day of April, 2023

HON. S. DAVE VATTI
UNITED STATES MAGISTRATE JUDGE