UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-22-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:23-cr-111 (SRU)(MEG) |
| v. | VIOLATION: |
| MANDEL BIDONE | 18 U.S.C. § 876(b)<br>(Mailing a Threatening Communication) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Mailing a Threatening Communication)

On or about March 22, 2023, in the District of Connecticut, the defendant MANDEL BIDONE, with the intent to extort from a person any money and other thing of value, knowingly deposited and caused to be deposited in any post office or authorized depository for mail matter, and knowingly caused to be delivered by the United States Postal Service according to the direction thereon, a communication containing a threat to injure other persons, that is, a handwritten civil complaint for money damages and other relief, addressed to "Clerks Office, U.S. District Court," stating that "if the District Court dismisses this case or looses any one of the pages of this complaint, Mandel Bidone will purchase an illegal firearm and discharge it on Yale's campus aiming for the students and staff until he is gunned down."

In violation of Title 18, United States Code, Section 876(b).

A TRUE BILL

/s/

FOREPERSON

UNITED STATES OF AMERICA

_____
ALFRED U. PAVLIS
FIRST ASSISTANT UNITED STATES ATTORNEY

_____
LAUREN C. CLARK
ASSISTANT UNITED STATES ATTORNEY

2