UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>MANDEL BIDONE | No. 3:23-cr-111 (SRU) |

## VERDICT FORM

We, the jury, unanimously find as follows:

I. With respect to the charge in **Count One**, mailing a threatening communication in violation of Title 18, United States Code, Section 876(b), we the jury unanimously find the defendant Mandel Bidone:

_____ Not Guilty          \_\_\_✓\_\_\_ Guilty

*Please sign and date this verdict form.*

U          8/14/25
Foreperson          Date

1